UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY PAUL JONES, SR., | No. C 07-4021 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ROBERT A. HOREL; et al., | |
| Defendants. | |

This action is dismissed for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED AND ADJUDGED.

Dated: January 16, 2008

_____
SUSAN ILLSTON
United States District Judge