MR. GREGORY P. JONES SR  
P.O. BOX 7500 A.3.124  
CRESCENT CITY CA 95531  
CDC NUMBER D-43274  
IN PROPRIA PERSONA



FILED  
08 FEB -1 PH 1:58

IN THE UNITED STATE DISTRICT COURT  
FOR THE NORTHERN DISTRICT OF CALIFORNIA  
SAN FRANCISCO DIVISON

MR GREGORY PAUL JONES SR  
   Plaintiff

VS

ROBERT A. HOREL; et al.,  
   defendants

Case No. C07-4021 SI (pr)

MOTION FOR RECONSIDERATION

In its order of January 16, 2008, The Court ruled ADJuDGED that plaintiff's claims against ROBERT A. HOREL, Warden at Pelican Bay State Prison (PBSP) were due to be dismissed on the grounds of failure to state a claim upon which relief may be granted, and failure to state calim for due process.

1. The expungement of all charges on plaintiff from June 20, 2006, to present date due to retaliation, which gives plaintiff grounds for relief.

-1-

2. Plaintiff life was placed in "danger" by placing him among violent non-programing prisoner's.

3. The plaintiff concede that on essential element in any system of minimum procedural Safeguards is providing the accused inmate with Specific notice of the charges against him. Adequate notice has been held by our circuit to be an indispensible ingredient of minimum due process in the prison context (Allen v. Nelson, supra) and it has been unanimously viewed as a necessary safeguard in prison disciplinary proceedings (see e.c. MCDONNELL v. WOLFF, supra, 483 F. 2d at 1062-1063; united states ex rel. Miller v. Twomey, 479 F. 2d at 716, 718; Corrections at 51.).

4. It was therefore error for the court to dismiss ROBERT A. HOREL, et al. Pelican Bay State Prison (PBSP) on these grounds, plaintiffs claims against ROBERT A. HOREL, Should be "REINSTATED".

Dated: JANUARY 27. 2008

/s/ Gregory Jones Jr
IN PROPRIA PERSONA

## PROOF OF SERVICE BY MAIL

(C.C.P. Section 101(a) # 2015.5, 28 U.S.C. 1746)

I, MR GREGORY P. JONES SR, am a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. I am over eighteen (18) years of age and am a party to the below named action.

My Address is: P.O. Box 7500, Crescent City, CA 95531.

On the 27 day of JANUARY, in the year of 2008 I served the following documents: (set forth the exact title of documents served)

1 ONE ORIGNAL AND 1 ONE COPY OF MOTION FOR RECONSIDERATION.

on the party(s) listed below by placing a true copy(s) of said document, enclosed in a sealed envelope(s) with postage thereon fully paid, in the United States mail, in a deposit box so provided at Pelican Bay State Prison, Crescent City, CA 95531 and addressed as follows:

OFFICE OF THE CLERK, U.S.
DISTRICT COURT, NORTHERN
DISTRICT OF CALIFORNIA,
450 GOLDEN GATE AVENUE,
SAN FRANCISCO, CA 94102

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 27 day of JANUARY, 20 08.

Signed: _____
(Declarant Signature)

Rev. 12/06

MR. GREGORY P. JONES SR D-43274
P.O. BOX 7500 A.3.124
PELICAN BAY STATE PRISON
CRESCENT CITY, CA 95532

"LEGAL MAIL"

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532



02 1M
0004217666
MAILED FROM ZIP CODE 95531

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.58⁰
JAN 30 2008



Cleveland 1918
39 USA

9410233661 C004

OFFICE OF THE CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102