United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY PAUL JONES, SR., | No. C 07-4021 SI (pr) |
| Plaintiff, | **ORDER DENYING MOTION FOR RECONSIDERATION** |
| v. | |
| ROBERT A. HOREL; et al., | |
| Defendants. / | |

Plaintiff has filed a motion for reconsideration of the court's dismissal of this action. Plaintiff did not meet any of the criteria for reconsideration: he did not present newly discovered evidence, the court did not commit clear error or make a manifestly unjust decision, and there has not been a change in controlling law. See School Dist. No. 1J, Multnomah County v. ACandS, Inc., 5 F.3d 1255, 1263 (9th Cir. 1993). The motion for reconsideration is DENIED. (Docket # 9.)

IT IS SO ORDERED.

Dated: May 7, 2008

_____
SUSAN ILLSTON
United States District Judge