UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MR. GREGORY P. JONES SR.,

       Plaintiff,

v.

ROBERT A. HOREL et al,

       Defendant.
_____/

Case Number: CV07-04021 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gregory P. Jones
Pelican Bay State Prison
D-43274
P.O. Box 7500
A-2-108
Crescent City, CA 95532

Dated: May 8, 2008

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk